1020

**UNITED STATES, Plaintiff-Appellee, v. Albert HADDAD, Defendant-Appellant.**

Circuit Court of Appeals, Second Circuit.
May 20, 1929.

No. 360.

Morris Weiss, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

**UNITED STATES, Plaintiff In Error, v. MARYLAND CASUALTY CO., Defendant in Error.**

Circuit Court of Appeals, Ninth Circuit.
May 27, 1929.

No. 5355.

Geo. J. Hatfield, U. S. Atty., and Geo. M. Naus, Asst. U. S. Atty., both of San Francisco, Cal.

John Ralph Wilson, of San Francisco, Cal. (Everette C. McKeage, of San Francisco, Cal., of counsel), for defendant in error.

Before GILBERT, RUDKIN, and DIETRICH, Circuit Judges.

PER CURIAM. Reversed, on authority of United States v. John Barth Co. and United States Fidelity & Guaranty Co., 49 S. Ct. 366, 73 L. Ed. ——, decided by the Supreme Court May 13, 1929.

**UNITED STATES of America, Libelant-Appellee, v. MUTUAL TOWING COMPANY, Inc., Respondent-Appellant; Steam Tug ANNA J. BROOKS, Her Engines, etc.; Stanley H. Miner, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
May 6, 1929.

No. 329.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Charles E. Wythe, of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed.

**UNITED STATES, Plaintiff-Appellee, v. Louis TABACK and George Wenger, Defendants-Appellants.**

Circuit Court of Appeals, Second Circuit.
May 20, 1929.

No. 283.

Emily Holt, of New York City, and Frederic M. P. Pearse, of Newark, N. J. (Daniel W. Applegate, of Newark, N. J., on the brief), for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Lowell Wadmond, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.